UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| KEVIN FERNANDEZ, ) | 3:12-cv-00401-LRH (WGC) |
| ) | |
| Plaintiff, ) | **MINUTES OF THE COURT** |
| ) | |
| vs. ) | September 10, 2012 |
| ) | |
| DR. CENTRIC, *et. al.*, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

PRESENT:   THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   KATIE OGDEN        REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

　　Before the court is Plaintiff's Motion to Increase Copy Fee Limit. (Doc. # 16.) Plaintiff seeks an order increasing his copy fee limit by $300 and compelling NDOC to copy Plaintiff's legal documents. (*Id.*)

　　An inmate plaintiff does not have a right to free photocopying. *Johnson v. Moore*, 948 F.2d 517, 521 (9th Cir. 1991); *Sands v. Lewis*, 886 F.2d 1166, 1169 (9th Cir. 1989) ("numerous courts have rejected any constitutional right to free and unlimited photocopying"). Nevada Department of Corrections (NDOC) Administrative Regulation (AR) 722 governs copying of legal documents by inmates, and provides, "[c]opies of legal documents requested by inmates may be made for a nominal fee." AR 722.01(9), *available at* http://www.doc.nv.gov/?q=node/68. "Inmates can only accrue a maximum of $100 debt for copy work expenses for all cases, not per case." *Id.*

　　A court may order a prison to provide additional photocopying when the prisoner demonstrates that an increase is necessary for an inmate to provide copies to the court and other parties. *See, e.g., Allen v. Clark County Detention Center*, 2011 WL 886343, at * 2 (D. Nev. March 11, 2011).

　　Plaintiff acknowledges that this case is in its infancy, yet seeks a $300 copy work limit increase to "start litigation and begin discovery." (Doc. # 16 at 3.) In the court's experience, Plaintiff's request for a $300 copy work extension at the beginning of litigation is astounding. The court is willing to grant Plaintiff a reasonable extension of his copy work limit in order to proceed with litigation; however, $300 is not reasonable.

///

MINUTES OF THE COURT
3:12-cv-00401-LRH (WGC)
Date:  September 18, 2012
Page 2

     The court will grant Plaintiff a **$30 extension of his copy work limit to be used in THIS CASE ONLY**.  Plaintiff is advised to be circumspect in his filings.

**IT IS SO ORDERED.**

                                                 LANCE S. WILSON, CLERK

                                                By:   /s/
                                                      Deputy Clerk