## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| KEVIN FERNANDEZ, ) | 3:12-cv-00401-LRH (WGC) |
| Plaintiff, ) | **MINUTES OF THE COURT** |
| vs. ) | September 10, 2012 |
| DR. CENTRIC, *et. al.*, ) | |
| Defendants. ) | |

PRESENT:   THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   KATIE OGDEN          REPORTER:   NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

　　Before the court is Plaintiff's Motion for Court to Issue and Serve Summons and Complaint with respect to defendant Robert Schober. (Doc. # 21.) Plaintiff's motion (Doc. # 21) is **GRANTED**.

　　**IT IS HEREBY ORDERED** that the Clerk shall issue a Summons for defendant Robert Schober at the address filed under seal in this action at Doc. # 10.

　　**IT IS FURTHER ORDERED** that the Clerk shall provide to the United States Marshal: (1) a copy of this Order, and (2) the summons for defendant Robert Schober.

　　**IT IS FURTHER ORDERED** that the Clerk shall **SEND** to Plaintiff: (1) a USM-285 form, (2) a copy of his Complaint (Doc. # 4) and (3) a copy of this Order.

　　**IT IS FURTHER ORDERED** that Plaintiff shall have **twenty (20) days** from the date of entry of this Order within which to complete the USM-285 form and return it, along with other necessary documents, to the United States Marshal for service. Plaintiff is reminded to pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, service must be accomplished within one hundred and twenty (120) days of the date on which the Complaint was filed.

　　**IT IS SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　　　LANCE S. WILSON, CLERK

　　　　　　　　　　　　　　　　　　　　　　　　By:   /s/
　　　　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk