UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| KEVIN FERNANDEZ, | ) | 3:12-cv-401-LRH-WGC |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | October 16, 2012 |
| | ) | |
| DR. CENTRIC, *et al.*, | ) | |
| | ) | |
| Defendant. | ) | |

PRESENT: THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK: KATIE LYNN OGDEN   REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

**Motion for Leave to File Supplemental Affidavit (Doc. # 28)**

Plaintiff has filed a "Motion for Leave to File Supplemental Affidavit in Support of Plaintiff's Reply to Defendants' Opposition to Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction." (Doc. # 28.) Therein Plaintiff seeks to substitute the Affidavit of Dorothy Bedell (Doc. # 28-1), which contains her actual signature, for the affidavit which appears as Exhibit B to his Reply to Defendants' Opposition (Doc. # 27 at 18-19), which plaintiff signed on her behalf "with verbal approval by Dorothy Bedell." No opposition to the motion has been filed by the Defendants.

Good cause appearing, Plaintiff's motion (Doc. # 28) is **GRANTED.**

**Plaintiff's Motion for Leave to File Supplemental Points and Authorities (Doc. #38) and Plaintiff's Motion for Leave to File Supplemental Exhibits (Doc. # 46)**

Plaintiff has also filed two motions seeking to file supplemental points and authorities and supplemental exhibits in support of his motion for preliminary injunction and temporary restraining order. (Docs. # 38, #46). No oppositions to these motions have been forthcoming and the motions are ripe for decision.

Good cause appearing, Plaintiff's motions (Docs. # 38 and # 46) are **GRANTED.**

IT IS SO ORDERED.

LANCE S. WILSON, CLERK

By: _____/s/_____
Deputy Clerk