UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

KEVIN FERNANDEZ,            )
                            )
         Plaintiff,         )       3:12-cv-00401-LRH-WGC
                            )
  v.                        )
                            )       O R D E R
DR. CENTRIC, *et al.*,      )
                            )
         Defendants.        )
_____)

Before this Court is the Report and Recommendation of U.S. Magistrate Judge William G. Cobb (#97[1]) entered on January 24, 2013, recommending denying Plaintiff's Motion for Temporary Restraining Order (#5) and denying Plaintiff's Motion for Preliminary Injunction (#6), both filed on August 3, 2012. Plaintiff filed his Objections to Magistrate's Report and Recommendation (#107) on February 8, 2013. Defendants did not file a response.

Also before this Court is the Report and Recommendation of U.S. Magistrate Judge William G. Cobb (#98) entered on January 24, 2013, recommending denying Plaintiff's Motion for an Order Granting Judicial Intervention and Injunctive Relief Compelling Defendants to Allow the Plaintiff Adequate Access to a Law Library (#17) filed on August 16, 2012. Plaintiff filed his Objections to Magistrate's Report and Recommendation #98 (#110) on February 15, 2013. Defendants did not file a response.

---

[1]Refers to court's docket number.

1    These actions were referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1) and
2 Local Rule 1B 1-4 of the Rules of Practice of the United States District Court for the District of
3 Nevada.

4    The Court has conducted its *de novo* review in this case, has fully considered the objections
5 of the Plaintiff, the pleadings and memoranda of the parties and other relevant matters of record
6 pursuant to 28 U.S.C. § 636 (b) (1) (B) and Local Rule IB 3-2.  The Court determines that the
7 Magistrate Judge's Reports and Recommendations (## 97, 98) entered on January 24, 2013, should
8 be adopted and accepted.

9    IT IS THEREFORE ORDERED that the Magistrate Judge's Reports and Recommendations
10 (## 97, 98) entered on January 24, 2013, are adopted and accepted.

11   IT IS FURTHER ORDERED that Plaintiff's Motion for Temporary Restraining Order (#5)
12 and Motion for Preliminary Injunction (#6) are DENIED.

13   IT IS FURTHER ORDERED that Plaintiff's Motion for an Order Granting Judicial
14 Intervention and Injunctive Relief Compelling Defendants to Allow the Plaintiff Adequate Access
15 to a Law Library (#17) is DENIED.

16   IT IS SO ORDERED.
17   DATED this 13th day of March, 2013.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE