## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| KEVIN FERNANDEZ, | ) | 3:12-cv-401-LRH-WGC |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | April 11, 2013 |
| DR. CENTRIC, *et al.*, | ) | |
| Defendant. | ) | |

PRESENT:  <u>THE HONORABLE WILLIAM G. COBB</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:  <u>  KATIE LYNN OGDEN  </u>  REPORTER: <u> NONE APPEARING </u>

COUNSEL FOR PLAINTIFF(S):  <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S):  <u>NONE APPEARING</u>

**MINUTE ORDER IN CHAMBERS:**

      Before the court is Defendants' Motion to Stay Proceedings in this Action Pending Global Settlement Conference.  (Doc. # 135.)  Defendants represent that at a status conference held in in case number 3:10-cv-00373-LRH-VPC, one of Plaintiff's federal cases, the parties represented they would "be willing to engage in negotiations to encompass all three of Mr. Fernandez' current federal cases" including the instant case, and that settlement conference has been tentatively set for April 29, 2013.  (*Id*. at 2.)  Defendants therefore request that all proceedings in this case be stayed pending the settlement conference.  Defendants note that the requested stay would include a stay of discovery pending the settlement conference, and that the court's order granting stay "preclude the propounding of additional discovery during the stay period."  (*Id.* at 2, fn. 2.)

      The setting of that settlement conference has been confirmed by in the instant matter (*see*, Doc. # 140, Minute Order in Chambers, dated 4/9/2013).

      Good cause appearing, therefore, Defendant's motion (Doc. # 135) is **GRANTED.**  All further proceedings, including discovery, are **STAYED** pending completion of the global settlement conference.  Counsel for defendant shall file a notice with the court after the conclusion of the settlement conference advising the court if the settlement conference was successful or not.

    **IT IS SO ORDERED.**

                                                         LANCE S. WILSON, CLERK

                                                         By: <u>      /s/                                      </u>
                                                                   Deputy Clerk