UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| KEVIN FERNANDEZ, | ) | 3:12-cv-401-LRH-WGC |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | June 12, 2013 |
| | ) | |
| DR. CENTRIC, *et al.*, | ) | |
| | ) | |
| Defendant. | ) | |

PRESENT:  THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   KATIE LYNN OGDEN   REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is Defendants' Motion for Enlargement of Time to Respond to Various of Plaintiff's Motions (Doc. #171) and Defendants' Request for Status Conference (Doc. # 172).

Defendants note, and the docket confirms, that between May 30, 2013, and June 10, 2013, Plaintiff has filed fifteen motions, thirteen of which are still pending, including Doc. ## 151, 152, 153, 159, 160, 161, 162, 163, 164, 165, 166, 167, and 168.  Defendants therefore request the court schedule a status conference to set a briefing schedule for defendants to respond to Plaintiff's motions.

Good cause appearing, **IT IS HEREBY ORDERED** as follows:

(1) Defendant's request for a status conference (Doc. # 172) is **GRANTED.**  The courtroom deputy shall schedule a status conference at which time a schedule for briefing on the above pending motions shall be set.

(2) Briefing on Plaintiff's motions (Doc. ## 151, 152, 153, 159, 160, 161, 162, 163, 164, 165, 166, 167, and 168) and on any additional motions which may be filed by Plaintiff prior to the status conference are **STAYED.**

(3) Defendant's Motion for Enlargement of Time (Doc. # 171) is **DENIED as moot.**

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:    /s/
Deputy Clerk