## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| KEVIN FERNANDEZ, | ) | 3:12-cv-401-LRH-WGC |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | August 29, 2013 |
| | ) | |
| DR. CENTRIC, *et al.*, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

PRESENT:  THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   KATIE LYNN OGDEN    REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

The court's order of August 22, 2013 (Doc. #200) and the minutes of proceedings of August 19, 2013 (Doc. # 201) neglected to reflect the disposition of Plaintiff's motion to compel (Doc. # 133). As the court stated at the hearing August 19, 2013, Plaintiff's motion to compel (Doc. # 133) is **DENIED**.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:   /s/
 Deputy Clerk