UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| KEVIN FERNANDEZ, | ) | 3:12-cv-401-LRH-WGC |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | August 29, 2013 |
| | ) | |
| DR. CENTRIC, *et al.*, | ) | |
| | ) | |
| Defendant. | ) | |

PRESENT: THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   KATIE LYNN OGDEN   REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is Plaintiff's Motion to Seal Exhibits (Doc. # 152), which he filed in support of his motion for sanctions (Doc. #151). The court previously addressed Plaintiff's underlying motion for sanctions in its order of August 22, 2013. (Doc. # 200.)  Although the court has denied Plaintiff's motion for sanctions, the court **GRANTS** Plaintiff's motion to seal (Doc. # 152).

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:       /s/
         Deputy Clerk