UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| KEVIN FERNANDEZ, | ) | 3:12-cv-401-LRH-WGC |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | August 29, 2013 |
| | ) | |
| DR. CENTRIC, *et al.*, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

PRESENT:   THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   KATIE LYNN OGDEN     REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is plaintiff's "Motion for Enlargement of Time to File Reply Briefs to Motions (Doc. # 159, 160, 161, 162, 163, 164, 165, 167) (First Request)." (Doc. # 202.) This court's order (Doc. # 200) already denied Plaintiff's motions ## 161, 163 and 165. Therefore, Plaintiff's request for an extension of time to reply relative to those motions is **DENIED as moot.**

Plaintiff's motion for a 14 day extension to reply to Defendant's responses is **GRANTED** as to Doc. ## 159, 160, 164 and 167.

Plaintiff's seeks an extension as to Doc. # 162. Doc. # 162 was entitled "Motion to Compel, Motion for Sanctions, and Motion to Exceed Number of Interrogatories *Nunc Pro Tunc* as it Relates to Interrogatories." The clerk's office logged in Plaintiff's consolidated motion as three separate motions. Doc. # 162 is the document wherein Plaintiff seeks to exceed the number of interrogatories he may serve on the Defendants. This court's order (Doc. #200) precludes Plaintiff's ability to serve any additional discovery until Senior District Judge Hicks rules on Plaintiff's motion to amend. (*Id*. at 2-3.)  Therefore, Plaintiff's request for an extension as it relates to Doc. # 162 is **DENIED as moot.**

   IT IS SO ORDERED.

                                            LANCE S. WILSON, CLERK


                                            By:      /s/
                                                  Deputy Clerk