## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| KEVIN FERNANDEZ, | ) | 3:12-cv-401-LRH-WGC |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | November 14, 2013 |
| | ) | |
| DR. CENTRIC, *et al.*, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

PRESENT:  <u>THE HONORABLE WILLIAM G. COBB</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:  <u>KATIE LYNN OGDEN</u>  REPORTER: <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S): <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S): <u>NONE APPEARING</u>

**MINUTE ORDER IN CHAMBERS:**

Before the court is Plaintiff's Motion to Compel Defendants to File the Appendix of Disputed Discovery Documents Pursuant to Order # 200. (Doc. # 232.)  This motion is moot with regard to Doc. # 159 in light of this court's hearing on November 8, 2013. (Doc. # 236.)

Insofar as this motion pertains to plaintiff's motion to compel the Defendants' responses to certain interrogatory responses (Doc. # 160), it appears Defendants may have previously produced the interrogatory responses in Doc. # 192-6. However, in accordance with this court's order (Doc. # 200 at 3), Defendants are directed to file with their supplemental response to Docs. # 160 and # 235, an appendix which includes any additional pertinent answers to interrogatories addressed by Plaintiff's motion (Doc. # 160) which are not included in Doc. # 192-6.  Defendants may excerpt their appendix for brevity.

Plaintiff's motion (Doc. # 232) is therefore **DENIED** **as moot.**

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:  <u>       /s/                                    </u>
 Deputy Clerk