UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| KEVIN FERNANDEZ, | ) | 3:12-cv-401-LRH-WGC |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | December 4, 2013 |
| | ) | |
| DR. CENTRIC, *et al*., | ) | |
| | ) | |
| Defendant. | ) | |

PRESENT:  THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:  KATIE LYNN OGDEN   REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is Plaintiff's Motion to Clarify Orders from November 08, 2013 Hearing (236). (Doc. # 240.)  Plaintiff states that the court did not provide the Defendants a deadline by which they were either to provide responses to certain remaining topics of discovery or were otherwise to provide a supplement to their discovery responses that there are no documents responsive to Plaintiff's requests (see Doc. # 236 at 2). On December 3, 2013, Defendants submitted a Supplement to the Production of Documents (Doc. # 243). Defendants' Supplement advises the court, via an accompanying Declaration of a records custodian of the Nevada Department of Corrections (Ronald Schreckengost, Associate Warden, Northern Nevada Correction Center) that there are no documents responsive to the subject discovery. (Doc. # 243-1.)

Inasmuch as Defendants have complied with the court' rulings, Plaintiff's motion (Doc. # 240) is **DENIED** as moot.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:       /s/
        Deputy Clerk