UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| KEVIN FERNANDEZ, | ) | 3:12-cv-401-LRH-WGC |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | January 24, 2014 |
| DR. CENTRIC, *et al.*, | ) | |
| Defendant. | ) | |

PRESENT:   THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   KATIE LYNN OGDEN   REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is Plaintiff's Motion to Clarify Order From January 16, 2014 Hearing. (Doc. # 254.) The issue which Plaintiff seeks the court to clarify, i.e., the deadline for Defendants to provide supplemental discovery responses, was addressed in this court's January 17, 2014 Order (Doc. # 253). It appears Plaintiff's motion which he signed on January 19, 2014, and this court's Order of January 17, 2014 (Doc # 253), may have crossed paths in the mail.

Although the court presumes Plaintiff has now received its January 17, 2014 Order, the deadline for the Defendants to provide their supplemental responses to the Plaintiff's discovery was "not later than thirty (30) days from the date of this order." (Doc. # 253.)

Plaintiff's motion to clarify (Doc. # 254) is **DENIED as moot.**

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:   /s/
Deputy Clerk