UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| KEVIN FERNANDEZ, | ) | 3:12-cv-00401-LRH-WGC |
| | ) | |
| Plaintiff, | ) | **MINUTES OF PROCEEDINGS** |
| | ) | |
| vs. | ) | January 16, 2014 |
| | ) | |
| DR. CENTRIC, *et al.,* | ) | |
| | ) | |
| Defendants. | ) | |

PRESENT:  THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   Katie Lynn Ogden     REPORTER:           FTR

COUNSEL FOR PLAINTIFF(S):  Kevin Fernandez, In Pro Per (Telephonically)

COUNSEL FOR DEFENDANT(S):  Nathan L. Hastings (Telephonically)

**MINUTES OF PROCEEDINGS:** Discovery Status Conference

10:02 a.m. Court convenes.

I.   **Preliminary Matters**

    A.   **Notice to Defendants of DSM and NCI Pages to Photocopy Pursuant to Court's Order (Doc. # 249)**

Plaintiff represents he is satisfied with the documents produced by defendants concerning photocopies from the DSM and NCI. Therefore, to the extent Doc. # 249 seeks any action by the court or defendants, this matter has been resolved and no further action is necessary.

    B.   **Motion for Leave to File Supplemental to 248 Memorandum in Response to 246 Order (Doc. # 250)**

Plaintiff indicates the document produced concerning a "medical personnel roster"[1] is illegible. After brief discussion regarding the document at issue, the court finds good cause for defendants to produced a legible document. Therefore, Plaintiff's Motion for Leave to File Supplemental to 248 Memorandum in Response to 246 Order (Doc. # 250) is **GRANTED**.

---

    [1]Plaintiff clarifies that the document is a "work schedule."

MINUTES OF PROCEEDINGS
3:12-cv-00401-LRH-WGC
Date: January 16, 2014
Page 2

**II.     Plaintiff's Motion to Compel (Doc. # 160)**

Plaintiff has submitted a Memorandum (Doc. #248) which clarifies what discovery disputes remain at issue that were originally identified in plaintiff's Motion to Compel (Doc. # 160).  The memorandum consists of fifteen (15) different sets of discovery requests that are at issue.  The court has also reviewed and considered several documents relating to outstanding discovery disputes including: defendants' Opposition to Plaintiff's Motion to Compel Production of Documents and Things # 159 (Doc. # 192), plaintiff's Motion to Compel Supplemental Interrogatory Responses (Doc. # 226), plaintiff's Memorandum Correlating the Subjects of Discovery Disputes to Plaintiff's Motion to Compel Discovery Responses # 160 (Doc. # 235), and defendants' Response to Plaintiff's Memorandum Correlating Discovery Disputes # 235 (Doc. # 241).

After discussion is had with regard to the discovery disputes, Plaintiff's Motion to Compel (Doc. # 160) is deemed **GRANTED in part** and **DENIED in part** as follows:

(1)     **Defendant Cox's Response to Plaintiff's Interrogatories [Set One] (Doc. # 192-6):**

Interrogatory No. 4 - **Denied**, Defendant's response is deemed **sufficient**;

Interrogatory No. 5 - **Denied**, Defendant's response is deemed **sufficient**;

Interrogatory No. 6 - **Denied**, Defendant's response is deemed **sufficient**;

Interrogatory No. 8 - **Denied**, Defendant's response is deemed **sufficient**.

(2)     **Defendant Cox's Response to Plaintiff's Interrogatories [Set Two] (Doc. # 192-6):**

Interrogatory No. 1 - **Granted**, Defendant's objection is **overruled**; defendant is directed to supplement his response;

Interrogatory No. 2 - **Denied**, Defendant's response is deemed **sufficient**.

(3)     **Defendant Gedney's Response to Plaintiff's Interrogatories [Set One] (Doc. # 192-6):**

Interrogatory No. 1 - **Denied**, Defendant's response is deemed **sufficient**;

MINUTES OF PROCEEDINGS
3:12-cv-00401-LRH-WGC
Date: January 16, 2014
Page 3

Interrogatory No. 3 - **Denied**, Defendant's response is deemed **sufficient**;

Interrogatory No. 4 - **Granted**, Defendant's objection is **overruled**; defendant is directed to supplement her response, specifically as to subcategories (b), (c), and (d);

Interrogatory No. 5 - **Denied**, Defendant's response is deemed **sufficient**;

Interrogatory No. 6 - **Denied**, Defendant's response is deemed **sufficient**;

Interrogatory No. 7 - **Denied**, Defendant's response is deemed **sufficient**.

**(4)** **Defendant Palmer's Response to Interrogatories [Set One] (Doc. # 192-6):**

Interrogatory No. 4 - **Granted**, Defendant's objection is **overruled**; defendant is directed to supplement his response;

Interrogatory No. 6 - **Denied**, Defendant's response is deemed **sufficient**;

Interrogatory No. 7 - **Denied**, Defendant's response is deemed **sufficient**;

Interrogatory No. 8 - **Denied**, Defendant's response is deemed **sufficient**;

Interrogatory No. 10 - **Denied**, Defendant's response is deemed **sufficient**.

**(5)** **Defendant Scott's Response to Plaintiff's Interrogatories [Set One] (Doc. # 192-6):**

Interrogatory No. 3 - **Granted**, Defendant's objection is **overruled**; defendant is directed to supplement his response, specifically as to subcategories (b), (c), and (d);

Interrogatory No. 5 - **Denied**, Defendant's response is deemed **sufficient**;

Interrogatory No. 6 - **Granted**, Defendant's objection is **overruled**; defendant is directed to supplement his response;

Interrogatory No. 7 - **Denied**, Defendant's response is deemed **sufficient**;

Interrogatory No. 8 - **Denied**, Defendant's response is deemed **sufficient**;

MINUTES OF PROCEEDINGS
3:12-cv-00401-LRH-WGC
Date: January 16, 2014
Page 4

---

Interrogatory No. 9 - **Granted**, Defendant's objection is **overruled**; defendant is directed to supplement his response;

Interrogatory No. 10 - **Denied**, Defendant's response is deemed **sufficient**.

**(6)** **Defendant Scott's Response to Plaintiff's Interrogatories [Set Two] (Doc. # 192-6):**

Interrogatory No. 1 - **Granted**, Defendant's objection is **overruled**; defendant is directed to supplement his response;

Interrogatory No. 3 - **Granted**, Defendant's objection is **overruled**; defendant is directed to supplement his response;

Interrogatory No. 4 - **Denied**, Defendant's response is deemed **sufficient**.

**(7)** **Defendant Scott's Response to Plaintiff's Interrogatories [Set Three] (Doc. # 192-6):**

Interrogatory No. 4 - **Granted**, Defendant's objection is **overruled**; defendant is directed to supplement his response.

**(8)** **Defendant Frtiz's Response to Plaintiff's Interrogatories [Set Two] (Doc. # 192-6):**

Interrogatory No. 1 - **Denied**, Defendant's response is deemed **sufficient**;

Interrogatory No. 3 - **Denied**, Defendant's response is deemed **sufficient**.

**(9)** **Defendant Schober's Response to Plaintiff's Interrogatories [Set One] (Doc. # 192-6):**

Interrogatory No. 1 - **Denied**, Defendant's response is deemed **sufficient**;

Interrogatory No. 2 - **Denied**, Defendant's response is deemed **sufficient**;

Interrogatory No. 3 - **Denied**, Defendant's response is deemed **sufficient**;

Interrogatory No. 4 - **Denied**, Defendant's response is deemed **sufficient**;

MINUTES OF PROCEEDINGS
3:12-cv-00401-LRH-WGC
Date: January 16, 2014
Page 5

    Interrogatory No. 6 - **Denied**, Defendant's response is deemed **sufficient**;

    Interrogatory No. 8 - **Denied**, Defendant's response is deemed **sufficient**;

    Interrogatory No. 10 - **Denied**, Defendant's response is deemed **sufficient**.

**(10)** **Defendant Walsh's Response to Plaintiff's Interrogatories [Set One] (Doc. # 241-1):**

    Interrogatory No. 1 - **Granted**, Defendant's objection is **overruled**; defendant is directed to supplement her response;

    Interrogatory No. 2 - **Denied**, Defendant's response is deemed **sufficient**, supplemental response as to Interrogatory No. 1 should supply a sufficient response to this interrogatory;

    Interrogatory No. 4 - **Granted**, Defendant's objection is **overruled**; defendant is directed to supplement her response;

    Interrogatory No. 6 - **Denied**, Defendant's response is deemed **sufficient**;

    Interrogatory No. 7 - **Denied**, Defendant's response is deemed **sufficient**;

    Interrogatory No. 8 - **Denied**, Defendant's response is deemed **sufficient**;

    Interrogatory No. 9 - **Granted**, Defendant's objection is **overruled**; defendant is directed to supplement her response;

    Interrogatory No. 10 - **Denied**, Defendant's response is deemed **sufficient**;

    Interrogatory No. 11 - **Granted**, Defendant's objection is **overruled**; defendant is directed to supplement her response;

    Interrogatory No. 13 - **Denied**, Defendant's response is deemed **sufficient**.

**(11)** **Defendant Walsh's Response to Plaintiff's Interrogatories [Set Two] (Doc. # 241-1):**

    Interrogatory No. 1 - **Granted**, Defendant's objection is **overruled**; defendant is directed to supplement her response;

MINUTES OF PROCEEDINGS
3:12-cv-00401-LRH-WGC
Date: January 16, 2014
Page 6

Interrogatory No. 4 - **Denied**, Defendant's response is deemed **sufficient**.

**(12)** **Defendant Fritz's Response to Plaintiff's Interrogatories [Set One] (Doc. # 241-1):**

Interrogatory No. 1 - **Denied**, Defendant's response is deemed **sufficient**;

Interrogatory No. 4 - **Granted**, Defendant's objection is **overruled**; defendant is directed to supplement her response.

**(13)** **Defendant Centric's Response to Plaintiff's Interrogatories [Set One] (Doc. # 247-1):**

Interrogatory No. 1 - **Denied**, Defendant's response is deemed **sufficient**;

Interrogatory No. 3 - **Denied**, Defendant's response is deemed **sufficient**;

Interrogatory No. 4 - **Denied**, Defendant's response is deemed **sufficient**;

Interrogatory No. 5 - **Denied**, Defendant's response is deemed **sufficient**;

Interrogatory No. 6 - **Granted**, Defendant's objection is **overruled**; defendant is directed to supplement his response;

Interrogatory No. 7 - **Granted**, Defendant's objection is **overruled**; defendant is directed to supplement his response;

Interrogatory No. 8 - **Denied**, Defendant's response is deemed **sufficient**;

Interrogatory No. 9 - **Denied**, Defendant's response is deemed **sufficient**;

Interrogatory No. 10 - **Denied**, Defendant's response is deemed **sufficient**.

**(14)** **Defendant Centric's Response to Plaintiff's Interrogatories [Set Two] (Doc. # 247-2):**

Interrogatory No. 4 - **Denied**, Defendant's response is deemed **sufficient**;

Interrogatory No. 5 - **Denied**, Defendant's response is deemed **sufficient**.

MINUTES OF PROCEEDINGS
3:12-cv-00401-LRH-WGC
Date: January 16, 2014
Page 7

    **(15)**     **Defendant Centric's Response to Plaintiff's Interrogatories [Set Three] (Doc. # 247-3):**

    Interrogatory No. 2 - **Denied**, Defendant's response is deemed **sufficient**;

    Interrogatory No. 3 - **Denied**, Defendant's response is deemed **sufficient**;

    Interrogatory No. 4 - **Granted**, Defendant's objection is **overruled**; defendant is directed to supplement his response.

**IT IS SO ORDERED.**

12:31 p.m. Court adjourns

                                          LANCE S. WILSON, CLERK
                                          By: _____/s/_____
                                                 Katie Lynn Ogden, Deputy Clerk