## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| KEVIN FERNANDEZ, | ) | 3:12-cv-00401-LRH-WGC |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | February 7, 2014 |
| | ) | |
| DR. CENTRIC, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

PRESENT:  <u>THE HONORABLE WILLIAM G. COBB</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:  <u>KATIE LYNN OGDEN</u>   REPORTER:  <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S):  <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S):  <u>NONE APPEARING</u>

**MINUTE ORDER IN CHAMBERS:**

Before the court is Plaintiff's Motion for Transcripts of January 16, 2014 Discovery Hearing at Government Expense. (Doc. # 258). The court is unable to order the "Government" to provide copies at "Government Expense." The "Government" (i.e., the State of Nevada) is not a party to this action (Doc. # 3) and Plaintiff presents no persuasive authority to the court to require the individually named defendants to absorb this expense. The seven page Minutes of Proceedings of the January 16, 2014 discovery status conference (Doc. # 256), adequately addresses the court's rulings on the discovery dispute. If Plaintiff wishes to obtain a copy of the transcript of the January 16, 2014 hearing, he shall have to pay for it himself.

Plaintiff's motion (Doc. # 258) is therefore **DENIED.**

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:  <u>     /s/                          </u>
Deputy Clerk